**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR OCHOA, | ) NO. EDCV 08-01052-SVW (MAN) |
|         Petitioner, | ) |
|   v. | ) JUDGMENT |
| DEBRA DEXTER, | ) |
|         Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 16, 2010.

                                      STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE